UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER LYNN MAGNUSON,<br><br>                        Plaintiff,<br><br>-against-<br><br>NEWS ENTERPRISES, INC., et al.,<br><br>                        Defendants. | 23-cv-7487 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

       The complaint in this case was filed on August 23, 2023. Dkt. 1. The Affidavit of Service was filed the following day. Dkt. 8. To date, Defendants have not appeared. By **September 29, 2023, at 5:00 p.m.**, Plaintiff is hereby ORDERED to file on ECF a letter updating the Court on the status of the case. The letter shall address (1) whether this case has settled or otherwise been terminated, (2) whether there have been any communications with the Defendant(s), and (3) whether Plaintiff intends to move for default judgment or to voluntarily dismiss this case. The letter shall not exceed two (2) pages.

       SO ORDERED.

Dated: September 26, 2023
       New York, New York

                                                   ARUN SUBRAMANIAN
                                                   United States District Judge